## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TOTO DRY CLEANERS INC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:19-cv-11631-MAG-APP |
| ) | Hon. Judge Mark A. Goldsmith |
| SENTINEL INSURANCE COMPANY, ) | Mag. Judge Anthony P. Patti |
| LTD., ) | |
| Defendant. ) | |
| _____ ) | |

## **STIPULATION FOR EXTENSION OF TIME TO FILE SENTINEL'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Toto Dry Cleaners Inc ("Plaintiff") and Defendant Sentinel Insurance Company, Ltd. ("Sentinel"), through their respective attorneys, hereby stipulate to an extension of time up to and including June 24, 2019 to file Sentinel's response to Plaintiffs' First Amended Complaint.

WHEREFORE, Plaintiff and Sentinel respectfully request that the Court enter the proposed Order extending the deadline for Sentinel's response to Plaintiff's Complaint to June 24, 2019.

| | |
|---|---|
| *s/Odey K. Meroueh  (w/consent)* | *s/Olivia M. Paglia* |
| Odey K. Meroueh (P76460) | Elaine M. Pohl (P60359) |
| The Law Firm of Odey K. Meroueh | Olivia M. Paglia (P73490) |
| 14339 Ford Road, 2nd Floor | PLUNKETT COONEY, P.C. |
| Dearborn, MI 48126-3149 | 38505 Woodward Avenue, Suite 100 |
| (313) 582-7469 (Office) | Bloomfield Hills, MI  48304 |

okmeroueh@okmlawfirm.com
*Attorney for Plaintiff*

(248) 901-4000 (Office)
epohl@plunkettcooney.com
opaglia@plunkettcooney.com
*Attorneys for Sentinel*

Dated:  June 6, 2019

Dated:  June 6, 2019

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TOTO DRY CLEANERS INC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:19-cv-11631-MAG-APP |
| ) | |
| SENTINEL INSURANCE COMPANY, ) | Hon. Judge Mark A. Goldsmith |
| LTD., ) | Mag. Judge Anthony P. Patti |
| Defendant. ) | |
| _____ ) | |

## ORDER EXTENDING DEADLINE FOR SENTINEL'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

In accordance with the Stipulation of Toto Dry Cleaners Inc ("Plaintiff") and Defendant Sentinel Insurance Company, Ltd. ("Sentinel"), and the Court being otherwise fully advised,

IT IS HEREBY ORDERED that the deadline for Sentinel to file its response to Plaintiff's First Amended Complaint be and hereby is extended up to and including June 24, 2019.

IT IS SO ORDERED.

Dated:  June 7, 2019                           s/Mark A. Goldsmith
        Detroit, Michigan                     MARK A. GOLDSMITH
                                              United States District Judge